CHRISTOPHER M. KELLER, ESQ.
Nevada Bar No. 7399
PYATT SILVESTRI & HANLON
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
Attorneys for Plaintiff
GEICO GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEICO GENERAL INSURANCE COMPANY,<br><br>Plaintiff;<br><br>vs.<br><br>KAREN JORDAN; GARY JORDAN;<br>and DOES I through X, inclusive<br><br>Defendants.<br>_____/ | CASE NO.:   2:11-cv-01237-PMP-RJJ |

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, GEICO GENERAL INSURANCE COMPANY, by and through its counsel of record, CHRISTOPHER M. KELLER, of the law offices of PYATT SILVESTRI & HANLON, hereby voluntarily dismisses Plaintiff's Complaint with prejudice on the above-captioned matter.

DATED this 25 day of August, 2011.

IT IS SO ORDERED.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated:  August 26, 2011.

PYATT SILVESTRI & HANLON

_____
CHRISTOPHER M. KELLER, ESQ.
Nevada Bar No. 7399
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Attorneys for Defendant