CHRISTOPHER M. KELLER, ESQ.
Nevada Bar No. 7399
PYATT SILVESTRI & HANLON
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
Attorneys for Plaintiff
GEICO GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GEICO GENERAL INSURANCE COMPANY,

        Plaintiff;

vs.

KAREN JORDAN; GARY JORDAN;
and DOES I through X, inclusive

        Defendants.

CASE NO.:   2:11-cv-01237-PMP-RJJ

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, GEICO GENERAL INSURANCE COMPANY, by and through its counsel of record, CHRISTOPHER M. KELLER, of the law offices of PYATT SILVESTRI & HANLON, hereby voluntarily dismisses Plaintiff's Complaint with prejudice on the above-captioned matter.

DATED this 25 day of August, 2011.

IT IS SO ORDERED.

_(signature)_
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated: August 26, 2011.

PYATT SILVESTRI & HANLON

_(signature)_
CHRISTOPHER M. KELLER, ESQ.
Nevada Bar No. 7399
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Attorneys for Defendant